UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
Filed Electronically

| | |
|---|---|
| KODEY ALLEN ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. _____ |
| ) | |
| SRC OF LEXINGTON, INC. ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

## NOTICE OF REMOVAL

SRC of Lexington, Inc. ("SRC"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes Civil Action No. 21-CI-02847, pending in the Fayette Circuit Court located in Lexington, Kentucky, to the United States District Court for the Eastern District of Kentucky. In support of removal, SRC states as follows:

1. On September 20, 2021, Plaintiff Kodey Allen ("Plaintiff" or "Allen"), filed Civil Action No. 21-CI-02847 against SRC in the Fayette Circuit Court. Allen alleges discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e *et seq.*) and the Kentucky Civil Rights Act (KRS 344.010 *et seq.*). As required under 28 U.S.C. § 1446(a), copies of all process and pleadings in that civil action are attached as Exhibit 1.[1]

2. On September 27, 2021, the United States Postal Service delivered a copy of the Summons and Complaint by certified mail, return receipt requested, to Dinsmore & Shohl LLP,

---

[1] Summons, Complaint, and Return of Service are attached as Exhibit 1.

1

addressed to attorney Lira A. Johnson.[2] Because SRC has filed this Notice of Removal within thirty days of receipt, this removal is timely under 28 U.S.C. § 1446(b).

3. Allen has not served any other papers, pleadings, or orders in the state action on SRC. SRC has not filed any papers or pleadings in the state court action prior to filing its Notice of Removal to Federal Court.

4. Under 28 U.S.C. § 1331 § 1441(c), this Court has original subject matter jurisdiction over Allen's action because his claims for violation of Title VII of the Civil Rights Act of 1964 arise under the laws of the United States.[3]

5. Allen's state claims are closely related to his federal claims. The same factual allegations and issues that form the basis of his Title VII claims form the basis of his claims under the Kentucky Civil Rights Act. Under 28 U.S.C. § 1367, 28 U.S.C. § 1441(c)(1)(b), and general principles of supplemental jurisdiction, this Court has supplemental subject matter jurisdiction over his Kentucky Civil Rights Act claims.

6. Under 28 U.S.C. § 1441(a), removal is appropriate to the district court of the United States for the district and division corresponding to the place where the state action is pending. The Fayette Circuit Court is located within the Lexington Division of the United States District Court for the Eastern District of Kentucky. Accordingly, this Court is the appropriate venue for removal of this action.

7. This is not an action described in 28 U.S.C. § 1445.

8. In filing this Notice, SRC does not waive any defense available to it in this action.

---

[2] See U.S.P.S. Return Receipt, attached at Exhibit 1.
[3] Prior to filing his lawsuit, Allen filed an administrative claim alleging violation of Title VII with the Equal Employment Opportunity Commission ("EEOC"). The EEOC administratively dismissed his Charge and issued a Notice of Right to Sue on July 1, 2021. See Notice, attached as Exhibit 2.

9. Written notice of the filing of this Notice of Removal has been served upon all parties, as required by law.

10. SRC will promptly file a true and accurate copy of this Notice of Removal with the Clerk of Fayette Circuit Court.[4]

**WHEREFORE**, Defendant SRC submits that this action is properly removable under 28 U.S.C. § 1441(a) and (c) because this Court has original subject matter jurisdiction over Allen's claim(s) and is the United States District Court for the district and division corresponding to the place where the state court action was filed. SRC requests removal of the entire case, Civil Action No. 21-CI-02847, to the United States District Court for the Eastern District of Kentucky. SRC also requests all other relief, at law or in equity, to which it is justly entitled.

Respectfully submitted,

/s/Lira A. Johnson
Lira A. Johnson
Aaron T. Vance
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 581-8000
Facsimile: (502) 581-8111
E-Mail: Lira.Johnon@dinsmore.com
E-Mail: Aaron.Vance@dinsmore.com
*Counsel for Defendant SRC of Lexington*

---

[4] See Notice attached as Exhibit 3.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Removal and exhibits was served this 18th day of October, 2021, via U.S. Mail and email on the following:

H. Gera Meyman, Esq.
MEYMAN LAW PLLC
P.O. Box 54693
Lexington, Kentucky 40555
gera@meymanlaw.com
*Counsel for Plaintiff*

/s/Lira A. Johnson
*Counsel for Defendant SRC of Lexington*