*ELECTRONICALLY FILED*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| **KODEY ALLEN** | ) |
| | ) |
|     **PLAINTIFF** | ) |
| | ) |
| **v.** | )  **CIVIL ACTION NO. 5:21-CV-00265-KKC** |
| | ) |
| **SRC OF LEXINGTON, INC.** | ) |
| | ) |
|     **DEFENDANT** | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon agreement of Plaintiff Kodey Allen and Defendant SRC of Lexington, Inc., it is hereby ordered that this case is hereby dismissed with prejudice. Each party shall bear his/its own costs.

Respectfully and jointly submitted,

/s/ Lira A. Johnson             Date: 7/22/2022
Lira A. Johnson
Aaron T. Vance
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 581-8000
lira.johnson@dinsmore.com
aaron.vance@dinsmore.com
*Counsel for SRC of Lexington, Inc.*

/s/ H. Gera Meyman (w/permission)  Date: 7/19/2022
H. Gera Meyman, Esq.
MEYMAN LAW PLLC
P.O. Box 54693
Lexington, Kentucky 40555
gera@meymanlaw.com
*Counsel for Plaintiff Kodey Allen*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed and served upon counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system on July 22, 2022.

                                             /s/ Lira A. Johnson
                                               *Counsel for Defendant*