UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| KODEY ALLEN,<br><br>    **Plaintiff,**<br><br>V.<br><br>SRC OF LEXINGTON, INC.,<br><br>    **Defendant.** | CIVIL ACTION NO. 5:21-265-KKC<br><br><br><br>**ORDER** |

*** *** ***

Plaintiff Kodey Allen and Defendant SRC of Lexington, Inc. having jointly agreed (DE 21) that this case be dismissed with prejudice as to all claims, and the Court being otherwise fully and sufficiently advised, it is hereby ORDERED:

(1) This matter is DISMISSED WITH PREJUDICE;

(2) Each party shall bear its own costs as agreed; and

(3) This matter is STRICKEN from the Court's active docket.

This 22nd day of July, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY